FILED

# United States District Court

OCT 23 2006

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

RICHARD A. EVANS
and
CHARLES R. DUNLAP

CRIMINAL COMPLAINT

CASE NUMBER: 2:06mj 107-VPM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 18, 2006__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

**by force, violence and intimidation, did take approximately $1,813.00 in United States Currency, which was in the care, custody and control of Compass Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,**

in violation of Title __18__ United States Code, Section(s) __2113__ I further state that I am a(n)

<u>Special Agent, Federal Bureau of Investigation</u>   and  that this complaint is based on the following facts:
    Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 23, 2006                                            at   Montgomery, Alabama
_____                            _____
Date                                                       City and State

Vanzetta P. McPherson, U.S. Magistrate Judge               _____
Name and Title of Judicial Officer                         Signature of Judicial Officer

# A F F I D A V I T

    I, John Drew, having appeared before the undersigned United States Magistrate, and having been duly sworn, deposes and states:

    I am a Federal Bureau of Investigation (FBI) Special Agent assigned to the Montgomery, Alabama District Office. I have been a law enforcement officer for approximately 23 years. On October 18, 2006, defendant Richard Evans went into the Compass Bank on the Atlanta Highway by Eastdale Mall in Montgomery, Alabama and demanded money from the teller. The teller felt threatened and put approximately $1,813.00, including bait money, into a bag supplied by defendant Evans. Evans left the bank and got ino a van driven by defendant Charles R. Dunlap. The duo sped away but were seen by a private citizen who obtained a description of the van and a partial license plate number. The van was spotted by Auburn Police Officers and chased to Opelika, Alabama where the van ran off the road. Officers took the defendants into custody and found the bait money and loot inside the van. The deposits of Compass Bank are insured by the Federal Deposit Insurance Corporation.

    Based upon the above described facts, information, observations, and training I believe that probable cause exists to believe Richard A. Evans and Charles R. Dunlap violated federal law by robbing Compass Bank.

_____
John Drew, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 23rd day of October, 2006.

_____
VANZETTA P. McPHERSON

1