# Memorandum

| Subject | Date |
|---|---|
| U.S. v RICHARD A. EVANS and CHARLES R. DUNLAP CASE NO. 2:06-mj-107-VPM | October 31, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Terry F. Moorer Assistant United States Attorney |

LIMITS OF PUNISHMENT

Count 1: 18 U.S.C. § 2113(b):
NMT $250,000; or twice gross
loss to victim or twice gross gain to
defendant, whichever is greatest;
NMT 10Y, or both;
NMT 3Y Sup Rel;
$100 AF;
VWPA