COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                       DATE: 10/31/06
❒ BOND HEARING
❒ DETENTION HEARING                        DIGITAL Recording : 2:07 - 2:09
❒ PRELIMINARY (EXAMINATION)(HEARING)                      2:16 - 2:26
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2:06mj107-VPM                         **DEFENDANT NAME:** Richard A. Evans
**AUSA:** Clark Morris                             **DEFT. ATTY:** Donnie Bethel
                                                   Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (x) FPD
**PTSO:** Tamara Martin                            **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present   (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest 10/31/06 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| √ | Requests appointed Counsel |
| √ | Financial Affidavit executed   √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| √ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | **Detention Hearing WAIVED in OPEN COURT** |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | **BOND EXECUTED (M/D AL charges)** $. |
| ❒ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| √ | **Bond not executed. Defendant to remain in Marshal's custody** |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

****PRELIMINARY HEARING SET FOR 11/8/06 @ 10:00 a.m.****