IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 2:06mj107-VPM |
| ) | |
| RICHARD A. EVANS ) | |
| CHARLES R. DUNLAP ) | |

## ORDER

For good cause, it is

ORDERED that a Preliminary Hearing for the defendants, RICHARD A. EVANS and CHARLES R. DUNLAP, be and is hereby scheduled for 8 November 2006 at 10:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this   31st   day of October, 2006.

/s/ Vanzetta Penn McPherson
_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE