IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v    )    CR. NO. 2:06mj107-VPM
    )
RICHARD A. EVANS    )
CHARLES R. DUNLAP    )

## ORDER

For good cause, it is

ORDERED that the preliminary hearing for the defendants presently set on November 8, 2006, at 10:00 a.m. in Courtroom 5A be and is hereby **RESET to Courtroom 4B**, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody and desires to be present, not later than three days prior to the proceeding counsel for the defendant shall so notify the United States Marshal or the person having custody of the defendant who shall produce the defendant for the hearing.

Done this 2nd day of November, 2006.

    /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE