IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )     CASE NO: 2:06-mj-107-VPM |
| | ) |
| **RICHARD A. EVANS** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Samuel A. Walker, and enters his appearance as counsel for **RICHARD A. EVANS** in the above-styled matter.

Dated this 6th day of November 2006.

Respectfully submitted,

**s/Samuel A. Walker**
**SAMUEL A. WALKER**
**VI BAR NO.: 633**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Samuel_Walker@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CASE NO: 2:06-mj-107-VPM |
| | ) |
| **RICHARD A. EVANS** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

> **s/Samuel A. Walker**
> **SAMUEL A. WALKER**
> **VI BAR NO.: 633**
> Attorney for Defendant
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Samuel_Walker@fd.org