IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06MJ107-VPM |
| | ) | |
| RICHARD A. EVANS | ) | |

## **ORDER**

On November 8, 2006, pursuant to Fed. R. Crim. P. 5.1, the court convened for the purpose of conducting a preliminary hearing in this case. At that time, in open court, the defendant through counsel waived his right to a preliminary hearing. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court.

Done this 8th day of November, 2006.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE